| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Squatrito, Dominic J | 2. Court or Organization<br><br>US District Court, Hartford CT | 3. Date of Report<br><br>5/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5. Report Type (check appropriate type)<br><br>Nomination,    Date    7/28/1994<br><br>Initial    (•) Annual    Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>US District Court<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Spring Valley Associates |
| 2. Partner | Dewey Richman Associates |

FINANCIAL DISCLOSURE OFFICE   2004 JUN -3 A II: 35   RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✓ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

✔ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

**NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | ████████ pasta manufacturer)-wages and pass through |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✔ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

**NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Webster Bank | Dewey-Richman Assoc. Mortgage See Expl. VIII | J |
| 2. | Wells Fargo Home Mortgage Inc. | Rental cottage, South Kingston, RI; (Part VII, Line 24) | J |
| 3. | People's Bank & Connecticut Development Authority | Construction mortgage, equipment and revolving credit for ███████ ███ Suri Realty | P2 |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income. assets. or transactions) | | | | | | | | | |
| 1. Fidelity Contra Fund-mutual fund | A | Dividend | J | T | | | | | |
| 2. ⬛⬛⬛common stock | | None | P1 | U | | | | | |
| 3. Fleet Bank-checking account | A | Interest | K | T | | | | | |
| 4. Spring Valley Associates, Windham, CT-real est. partnership | | None | N | W | | | | | |
| 5. Dewey Richman Associates, Manchester, CT-real est. ptnrship | A | Rent | | | redeemed | 1/2 | J | F | Dewey Richman |
| 6. Turin, Italy-real estate | | None | | | sold | 9/24 | K | E | Boglio Edoardo |
| 7. Cossombrato, Italy-real estate | | None | K | W | | | | | |
| 8. Pfizer, Inc.-Common Stock | A | Dividend | K | T | | | | | |
| 9. Fleet Bank-savings account | B | Interest | M | T | | | | | |
| 10. Goldman Sachs Capital Growth Fund-mutual fund (401k) | A | Dividend | | | transfer | 1/31 | J | A | Manulife (401k) |
| 11. Goldman Sachs CORE U.S. Equity Fund-mutual fund (401k) | A | Dividend | | | transfer | 1/31 | J | A | Manulife (401k) |
| 12. Goldman Sachs International Equity Fund-mutual fund-401k | A | Dividend | | | transfer | 1/31 | J | A | Manulife (401k) |
| 13. People's Bank-savings account | A | Interest | | | closed | 12/31 | | | |
| 14. | | | | | | | | | |
| 15. People's Soft, Inc.-common stock | | None | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. World Com, Inc.-common stock | | None | J | T | | | | | |
| 18. The Savings Bank of Rockville-savings | A | Interest | J | T | | | | | |

1 Income/Gain Codes (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash-Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J | 5/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Oracle Systems Corp.-common stock | | None | | | sold | 4/29 | J | A | |
| 20. Sysco-common stock | A | Dividend | J | T | | | | | |
| 21. UBS Cash Fund | A | Interest | J | T | | | | | |
| 22. Rental property, S. Kingston, RI | C | Rent | N | W | | | | | |
| 23. Suri Realty | G | Rent | P2 | W | | | | | |
| 24. Rockville Bank-checking acct | | None | J | T | | | | | |
| 25. Manulife Lifestyle Conserve Fund (401k) | B | Dividend | K | T | transfer | 1/31 | K | A | Goldman Sachs (401k) |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VI LIABILITIES:

WEBSTER BANK/DEWEY RICHMAN ASSOCIATES-A general partnership composed of the former law partners of Dominic J. Squatrito, which owns the law office building at ███████████Manchester, CT. Dominic J. Squatrito's share is 12 1/2 percent. There are mortgages of "N" on the building with the Webster Bank for which Dominic J. Squatrito is jointly and severally liable. The real estate appraisal is as of 8/21/98. Partnership interest disposed of as of January 2, 2003.

PEOPLE'S BANK/CONNECTICUT DEVELOPMENT AUTHORITY-Debt relating to ██████████Suri Realty, LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si̲_____ Date 5/28/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544